**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:  SZMAJDA, FRANK § Case No. 09-24384 | |
| SZMAJDA, SANDRA § | |
| § | |
| Debtor(s) ROSSNAJEL, SANDRA § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  Northern District of Illinois
  219 S. Dearborn
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00am on 3/24/2011 in Courtroom 140, United States Courthouse, Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/21/2010            By:   JOSEPH R. VOILAND
                                                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SZMAJDA, FRANK | § | Case No. 09-24384 |
| SZMAJDA, SANDRA | § | |
| | § | |
| Debtor(s) ROSSNAJEL, SANDRA | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $    9,000.85

*and approved disbursements of*  $         0.00

*leaving a balance on hand of* [1]  $    9,000.85

**Balance on hand:**  $    9,000.85

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $    0.00
Remaining balance:  $    9,000.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 1,650.09 | 0.00 | 1,650.09 |
| Trustee, Expenses - JOSEPH R. VOILAND | 73.03 | 0.00 | 73.03 |

Total to be paid for chapter 7 administration expenses:  $    1,723.12
Remaining balance:  $    7,277.73

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 7,277.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 7,277.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 139,940.92 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 19,770.25 | 0.00 | 1,028.16 |
| 2 | Chase Bank USA NA | 17,943.00 | 0.00 | 933.14 |
| 3 | Chase Bank USA NA | 11,815.02 | 0.00 | 614.45 |
| 4 | American Express Centurion Bank | 21,712.35 | 0.00 | 1,129.16 |
| 5 | American Express Centurion Bank | 13,437.71 | 0.00 | 698.84 |
| 6 | American Express Centurion Bank | 6,352.10 | 0.00 | 330.35 |
| 7 | Fia Card Services, NA/Bank of America | 14,245.52 | 0.00 | 740.85 |
| 8 | Fia Card Services, NA/Bank of America | 21,691.99 | 0.00 | 1,128.11 |
| 9 | Us Dept Of Education | 12,972.98 | 0.00 | 674.67 |

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 7,277.73 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOSEPH R. VOILAND
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: rmarola                Page 1 of 2                   Date Rcvd: Feb 14, 2011
Case: 09-24384                Form ID: pdf006              Total Noticed: 33

The following entities were noticed by first class mail on Feb 16, 2011.
db/jdb        +Frank Szmajda,    Sandra Szmajda,    37W316 Red Gate Rd,    Saint Charles, IL 60175-6263
aty           +James A Young,    James A Young & Associates, Ltd.,     47  DuPage Court,    Elgin, IL 60120-6421
tr            +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14128676      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
16086352       American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14128677      +American Home Mtg Srv,    Attn: Bankruptcy,    4600 Regent Blvd,    Irving, TX 75063-2443
14128678      +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
14128680      +Bac / Fleet Bankcard,    Po Box 26012,    Greensboro, NC 27420-6012
14128681      +Bank Of America,    Attn: Bankruptcy NC4-105-02-77,    Po Box 26012,    Greensboro, NC 27420-6012
14128683     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
14128684      +Chase,    Attn: Bankruptcy Dept,    Po Box 100018,    Kennesaw, GA 30156-9204
14128685      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15824145       Chase Bank USA NA,    P.O. BOX 15145,    Wilmington DE 19850-5145
14128686      +Chase- BP,    Attention: Banktruptcy Department,    Po Box 100018,    Kennesaw, GA 30156-9204
14128687      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14128688       Citi Mortgage Inc,    Attention: Bankruptcy Department,    Po Box 79022, Ms322,
                 St. Louis, MO 63179
14128689      +Citibank Na,    1000 Technology Dr,    O Fallon, MO 63368-2239
14128692      +Erin Cohan,    2013 W. Cortland #1,    Chicago, IL 60647-4501
14128693      +Freedman, Anselmo, Lindberg & Rappe,     1807 W. Diehl Rd., ste 333,    P.O. Box 3228,
                 Naperville, IL 60566-3228
14128694      +Georgann Grecco, Jessica Clark,    Kathryn Colby,    2013 W. Cortland #3,    Chicago, IL 60647-4501
14128696      +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
14128697      +Lia Bernardi,    Rachel Fitzpatrick,    1806 N. Paulina,    Chicago, IL 60622-1151
14128698      +Maria Valencia, Elizabeth Omiatek,     Caitlin Patterson,    1806 N. Paulina,
                 Chicago, IL 60622-1151
14128699      +Matthew Wlcha, Joseph Brad Bowman,    John Sullivan, Kyle Duftee,    1806 N. Paulina,
                 Chicago, IL 60622-1151
14128700      +Nco Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
14128701      +Paul Raffolo,    1312 W. Barry #2,    Chicago, IL 60657-7385
14128703      +Select Portfolio Svcin,    3815 South West Temple St,    Salt Lake City, UT 84115-4412
14128705      +Us Dept Of Education,    Attn: Borrowers Service Dept,    Po Box 5609,    Greenville, TX 75403-5609
14128706      +Wilshire Credit Corp,    Attention: Bankruptcy Department,    Po Box 8517,
                 Portland, OH 97207-8517
The following entities were noticed by electronic transmission on Feb 14, 2011.
15754777       E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2011 00:29:25      Discover Bank,
                 Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
14128691      +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 15 2011 00:29:25      Discover Fin,
                 Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
16145724       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2011 00:28:54
                 Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
                 Oklahoma City, OK  73124-8809
14128695      +E-mail/Text: BKNOTICES@GRAY-LAW.COM                            Gray & Associates,
                 600 N. Broadway Ste. 300,    Milwaukee, WI 53202-5009
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16086353*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16086354*      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14128679*     +Americas Servicing Co,    Attention: Bankruptcy,    1 Home Campus,    Des Moines, IA 50328-0001
15829235*      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14128704*     +Select Portfolio Svcin,    3815 South West Temple St,    Salt Lake City, UT 84115-4412
14128707*     +Wilshire Credit Corp,    Attention: Bankruptcy Department,    Po Box 8517,
                 Portland, OH 97207-8517
14128682     ##+Bill Yares, John Whitt,    Michelle Rabkin, Ateet Adhikari,    1806 N. Paulina,
                 Chicago, IL 60622-1151
14128690     ##+Crystal Bauer, Matt Roe,    Blake Edwards #1,    1312 W. Barry,    Chicago, IL 60657-5900
14128702     ##+Sean Gerhardt,    Jill Fox,    1312 W. Barry #3,    Chicago, IL 60657-7385
                                                                                               TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: rmarola           Page 2 of 2           Date Rcvd: Feb 14, 2011
Case: 09-24384                Form ID: pdf006         Total Noticed: 33

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**                    **Signature:**    /s/ Joseph Speetjens