**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re: SZMAJDA, FRANK § Case No. 09-24384
      SZMAJDA, SANDRA §
§
Debtor(s) ROSSNAJEL, SANDRA §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,363,600.00 *(without deducting any secured claims)* | Assets Exempt: $56,200.00 |
| Total Distribution to Claimants: $7,277.98 | Claims Discharged Without Payment: $132,662.94 |
| Total Expenses of Administration: $1,723.12 | |

    3) Total gross receipts of $ 9,001.10 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $9,001.10 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,723.12 | 1,723.12 | 1,723.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 139,940.92 | 139,940.92 | 7,277.98 |
| **TOTAL DISBURSEMENTS** | $0.00 | $141,664.04 | $141,664.04 | $9,001.10 |

4) This case was originally filed under Chapter 7 on July 03, 2009. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/22/2011 By: /s/JOSEPH R. VOILAND
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| turnover proceedings against debtors | 1249-000 | 9,000.00 |
| Interest Income | 1270-000 | 1.10 |
| **TOTAL GROSS RECEIPTS** | | **$9,001.10** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 1,650.09 | 1,650.09 | 1,650.09 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 73.03 | 73.03 | 73.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,723.12 | 1,723.12 | 1,723.12 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 19,770.25 | 19,770.25 | 1,028.20 |
| 2 | Chase Bank USA NA | 7100-000 | N/A | 17,943.00 | 17,943.00 | 933.17 |
| 3 | Chase Bank USA NA | 7100-000 | N/A | 11,815.02 | 11,815.02 | 614.47 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 21,712.35 | 21,712.35 | 1,129.21 |
| 5 | American Express Centurion Bank | 7100-000 | N/A | 13,437.71 | 13,437.71 | 698.86 |
| 6 | American Express Centurion Bank | 7100-000 | N/A | 6,352.10 | 6,352.10 | 330.36 |
| 7 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 14,245.52 | 14,245.52 | 740.87 |
| 8 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 21,691.99 | 21,691.99 | 1,128.15 |
| 9 | Us Dept Of Education | 7100-000 | N/A | 12,972.98 | 12,972.98 | 674.69 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 0.00 | 139,940.92 | 139,940.92 | 7,277.98 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24384  
**Case Name:** SZMAJDA, FRANK  
SZMAJDA, SANDRA  
**Period Ending:** 05/22/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 07/03/09 (f)  
**§341(a) Meeting Date:** 08/17/09  
**Claims Bar Date:** 09/21/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 37W316, Single Family Home | 652,000.00 | 16,650.00 | DA | 0.00 | FA |
| 2 | 1806 N. Paulina, Chicago, (4 units), (Rental) | 1,000,000.00 | 109,645.00 | DA | 0.00 | FA |
| 3 | 1312 W. Barry, (3 units), (Rental) | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 1484 Spyglas Ct., Nekoosa, | 325,000.00 | 34,330.00 | DA | 0.00 | FA |
| 5 | 2013 W. Cortland, Chicago, (Rental), (2 units) | 689,000.00 | 7,925.00 | DA | 0.00 | FA |
| 6 | Harris checking account | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 7 | National City checking account (business account | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | National City checking account | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Rental Deposit: 1806 N. Paulina, Chicago, IL | 2,400.00 | 2,400.00 | DA | 0.00 | FA |
| 10 | Rental Deposit: 1806 N. Paulina, Chicago, IL | 1,600.00 | 1,600.00 | DA | 0.00 | FA |
| 11 | Rental Deposit: 1806 N. Paulina, Chicago, IL | 1,650.00 | 1,650.00 | DA | 0.00 | FA |
| 12 | Rental Deposit | 2,400.00 | 2,400.00 | DA | 0.00 | FA |
| 13 | Rental Deposit: 2013 W. Cortland, Chicago, IL #2 | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 14 | Rental Deposit: 2013 W. Cortland #2, Chicago, IL | 2,500.00 | 2,500.00 | DA | 0.00 | FA |
| 15 | Rental Deposit: 2013 W. Cortland #1, Chicago, IL | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 16 | Rental Deposit: 1312 W. Barry #3, Chicago, IL | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 17 | Rental Deposit: 1312 W. Barry #2, Chicago, IL | 1,400.00 | 1,400.00 | DA | 0.00 | FA |
| 18 | Rental Deposit: 1312 W. Barry #1, Chicago, IL | 1,750.00 | 1,750.00 | DA | 0.00 | FA |
| 19 | Misc household furniture & appliances: TV, washe | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 20 | Misc art pieces | 500.00 | 500.00 | DA | 0.00 | FA |
| 21 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 22 | Jewelry: wedding rings | 1,500.00 | 100.00 | DA | 0.00 | FA |
| 23 | Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 24 | 401K | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 25 | 1998 Dodge Grand Caravan (145,000 miles) | 525.00 | 0.00 | DA | 0.00 | FA |
| 26 | 2003 Chevy Express (230,000 miles) | 2,175.00 | 0.00 | DA | 0.00 | FA |
| 27 | 1984 Honda Passport (150,000 miles) | 400.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-24384  
**Case Name:** SZMAJDA, FRANK  
SZMAJDA, SANDRA  
**Period Ending:** 05/22/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 07/03/09 (f)  
**§341(a) Meeting Date:** 08/17/09  
**Claims Bar Date:** 09/21/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 28 | Misc hand tools | 400.00 | 400.00 | DA | 0.00 | FA |
| 29 | turnover proceedings against debtors (u) | Unknown | 40,502.49 | | 9,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.10 | Unknown |
| 30 | **Assets** **Totals** (Excluding unknown values) | **$3,363,600.00** | **$230,452.49** | | **$9,001.10** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** September 15, 2010      **Current Projected Date Of Final Report (TFR):** February 15, 2010

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

**Case Number:** 09-24384  
**Case Name:** SZMAJDA, FRANK  
SZMAJDA, SANDRA  
**Taxpayer ID #:** **-***5724  
**Period Ending:** 05/22/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/25/10 | {29} | National City | installment payment - Szmajda | 1249-000 | 1,500.00 | | 1,500.00 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.01 | | 1,500.01 |
| 06/11/10 | {29} | National City | installment payment - Frank Szmajda | 1249-000 | 1,500.00 | | 3,000.01 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.13 | | 3,000.14 |
| 07/03/10 | {29} | PNC Bank | installment payment - Frank Szmajda | 1249-000 | 1,500.00 | | 4,500.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.25 | | 4,500.39 |
| 08/12/10 | {29} | PNC Bank | installment payment | 1249-000 | 1,500.00 | | 6,000.39 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.31 | | 6,000.70 |
| 09/24/10 | {29} | Szmadja | installment payment | 1249-000 | 1,500.00 | | 7,500.70 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 7,500.74 |
| 10/21/10 | {29} | PNC Bank | installment payment | 1249-000 | 1,500.00 | | 9,000.74 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 9,000.79 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 9,000.85 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,000.92 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 9,000.99 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 9,001.05 |
| 03/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.05 | | 9,001.10 |
| 03/23/11 | | To Account #9200******8566 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 9,001.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **9,001.10** | **9,001.10** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 9,001.10 | |
| | | | **Subtotal** | | **9,001.10** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,001.10** | **$0.00** | |

{} Asset reference(s)

Printed: 05/22/2011 10:46 AM   V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-24384  
**Case Name:** SZMAJDA, FRANK  
SZMAJDA, SANDRA  
**Taxpayer ID #:** **-***5724  
**Period Ending:** 05/22/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******85-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/11 | | From Account #9200******8565 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 9,001.10 | | 9,001.10 |
| 03/24/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $1,650.09, Trustee Compensation;  Reference: | 2100-000 | | 1,650.09 | 7,351.01 |
| 03/24/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $73.03, Trustee Expenses;  Reference: | 2200-000 | | 73.03 | 7,277.98 |
| 03/24/11 | 103 | Discover Bank | Dividend paid   5.20% on $19,770.25; Claim# 1; Final distribution | 7100-000 | | 1,028.20 | 6,249.78 |
| 03/24/11 | 104 | Chase Bank USA NA | Dividend paid   5.20% on $17,943.00; Claim# 2; Final distribution | 7100-000 | | 933.17 | 5,316.61 |
| 03/24/11 | 105 | Chase Bank USA NA | Dividend paid   5.20% on $11,815.02; Claim# 3; Final distribution | 7100-000 | | 614.47 | 4,702.14 |
| 03/24/11 | 106 | American Express Centurion Bank | Dividend paid   5.20% on $21,712.35; Claim# 4; Final distribution | 7100-000 | | 1,129.21 | 3,572.93 |
| 03/24/11 | 107 | American Express Centurion Bank | Dividend paid   5.20% on $13,437.71; Claim# 5; Final distribution | 7100-000 | | 698.86 | 2,874.07 |
| 03/24/11 | 108 | American Express Centurion Bank | Dividend paid   5.20% on $6,352.10; Claim# 6; Final distribution | 7100-000 | | 330.36 | 2,543.71 |
| 03/24/11 | 109 | Fia Card Services, NA/Bank of America | Dividend paid   5.20% on $14,245.52; Claim# 7; Final distribution | 7100-000 | | 740.87 | 1,802.84 |
| 03/24/11 | 110 | Fia Card Services, NA/Bank of America | Dividend paid   5.20% on $21,691.99; Claim# 8; Final distribution | 7100-000 | | 1,128.15 | 674.69 |
| 03/24/11 | 111 | Us Dept Of Education | Dividend paid   5.20% on $12,972.98; Claim# 9; Final distribution | 7100-000 | | 674.69 | 0.00 |

|  | ACCOUNT TOTALS | 9,001.10 | 9,001.10 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 9,001.10 | 0.00 | |
|  | **Subtotal** | **0.00** | **9,001.10** | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$0.00** | **$9,001.10** | |

{} Asset reference(s)

Printed: 05/22/2011 10:46 AM    V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 09-24384 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
|---|---|---|---|---|
| **Case Name:** | SZMAJDA, FRANK | | **Bank Name:** | The Bank of New York Mellon |
| | SZMAJDA, SANDRA | | **Account:** | 9200-******85-66 - Checking Account |
| **Taxpayer ID #:** | **-***5724 | | **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Period Ending:** | 05/22/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # 9200-******85-65** | **9,001.10** | **0.00** | **0.00** |
| **Checking # 9200-******85-66** | **0.00** | **9,001.10** | **0.00** |
| | **$9,001.10** | **$9,001.10** | **$0.00** |

{} Asset reference(s)                                   Printed: 05/22/2011 10:46 AM    V.12.54